UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**DAVID B MEANS ET AL**                     **CASE NO. 5:23-CV-00669**

**VERSUS**                                  **JUDGE DAVID C. JOSEPH**

**PARISH OF DESOTO ET AL**                  **MAGISTRATE JUDGE HORNSBY**

MINUTES OF COURT:
Motion Hearing-DAY 2

| | | | |
|---|---|---|---|
| Date: | July 12, 2023 | Presiding: | Judge David C. Joseph |
| Court Opened: | 9:05 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 12:15 PM | Court Reporter: | Diana Cavenah |
| Statistical Time: | 2:50 | Courtroom: | Courtroom 2 |

**APPEARANCES**

| | | |
|---|---|---|
| Reid A Jones | For | David B Means, All Plaintiffs |
| Andrew B Pardue | For | David B Means, All Plaintiffs |
| Shawn T Sheehy | For | David B Means, All Plaintiffs |
| Phillip M. Gordon | For | David B Means, All Plaintiffs |
| Carroll Devillier Jr | For | Parish of DeSoto, All Defendants |
| Timothy Hardy | For | Parish of DeSoto, All Defendants |

**PROCEEDINGS**

Case called for hearing regarding [2] Motion for Preliminary Injunction, [9] Amended Motion for Preliminary Injunction, [40] Motion for Judgment on [2] Motion for Preliminary Injunction, [43] Motion to Expedite Consideration of [40] Motion for Judgment on the Pleadings.

Evidence and testimony presented and concluded by Defendants.
Defendants rest.

Closing statements by Plaintiffs.
Closing statements by Defendants.

After considering evidence and testimony presented, motions and memoranda filed, the applicable law, and for reasons stated on the record, the Court **DENIED** [2] Motion for Preliminary Injunction and [9] Amended Motion for Preliminary Injunction.

[40] Motion for Judgment on [2] Motion for Preliminary Injunctions and [43] Motion to Expedite Consideration of [40] Motion for Judgment on the Pleadings are **DENIED AS MOOT**.

Page 2
July 12, 2023

The parties are ORDERED to contact Magistrate Judge Hornsby's chambers to set a conference to determine a discovery period and trial date on the permanent injunctions.  Thereafter, the Court will issue a Scheduling Order.

**<u>COMMENTS</u>**:
The Court accepted Michael C. Hefner as an expert in the field of Reapportionment and Demography.