**MINUTES [0:30]**
March 18, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DAVID B MEANS ET AL | CIVIL ACTION NO. 23-cv-669 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| PARISH OF DESOTO ET AL | MAGISTRATE JUDGE HORNSBY |

A telephone status conference was held on March 18, 2024. The purpose of the conference was to determine whether the parties are willing to participate in court-assisted or third-party mediation. Counsel for Plaintiffs reported that a settlement offer was extended last week, but the defense will need time to evaluate the offer and respond. By April 5, 2024, the parties will report to the court on the progress of their settlement discussions and advise the court regarding their willingness to participate in mediation. If the parties are still negotiating a settlement on their own, the court is willing to extend that deadline to accommodate further settlement negotiations.

_____
Mark L. Hornsby
U.S. Magistrate Judge