# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| DAVID B. MEANS, ET AL. | CIVIL ACTION NO. 5:23-cv-00669 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| DESOTO PARISH, ET AL. | MAGISTRATE JUDGE HORNSBY |

## [PROPOSED] ORDER

Considering the parties' Joint Motion to Stay Pending Settlement Negotiations;

IT IS ORDERED that the Motion is GRANTED and all pending deadlines are hereby stayed pending the conclusion of settlement negotiations;

IT IS FURTHER ORDERED that the parties shall submit another status report to the Court on or before April 30, 2024, to inform the Court regarding the progress of settlement and whether mediation might be beneficial, as well as subsequent status reports every thirty (30) days thereafter as necessary; and

IT IS FURTHER ORDERED, that upon conclusion of settlement negotiations, the parties shall immediately notify the Court regarding the outcome, including submission of a new proposed scheduling order if necessary.

THUS DONE AND SIGNED on _____, 2024, in Shreveport, Louisiana.

_____
MAGISTRATE JUDGE MARK L. HORNSBY
WESTERN DISTRICT OF LOUISIANA