**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **DAVID B. MEANS, ET AL.** | **CIVIL ACTION NO. 5:23-cv-00669** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DESOTO PARISH, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**FIFTH JOINT STATUS REPORT**

Pursuant to the Court's Order dated April 11, 2024, the parties now file their fifth joint status report to update the Court on the progress of settlement discussions. On July 1, 2024, the parties filed their fourth joint status report indicating that more time was needed for settlement negotiations and that the parties would submit another status report on or before July 31, 2024 to update the Court on the progress of settlement.

On July 22, 2024, Plaintiffs transmitted a new settlement proposal to Defendants. Defendants are currently reviewing this proposal. The parties therefore request an additional thirty (30) day extension of the stay. In accordance with the Court's April 11, 2024 Order, the parties will submit another status report to the Court within thirty (30) days of the instant status report, on or before August 30, 2024, to inform the Court regarding the progress of settlement negotiations. Should negotiations conclude before then, the parties will promptly notify the Court regarding the outcome, including submission of a new proposed scheduling order if necessary.

Dated: July 31, 2024

Respectfully Submitted,

*/s/ Reid A. Jones*
Reid A. Jones (#34611)
WIENER, WEISS & MADISON APC
330 Marshall Street, Suite 1000
Shreveport, Louisiana  71101
Telephone:	(318) 226-9100
Facsimile:	(318) 424-5128
Email:	rjones@wwmlaw.com

-AND-

HOLTZMAN VOGEL BARAN TORCHINSKY
 & JOSEFIAK, PLLC
Jason B. Torchinsky* (VA Bar # 47481)
Shawn T. Sheehy* (D.C. Bar #90002670)
2300 N. St. NW, Ste. 643A
Washington, D.C. 20037
Telephone:	(202) 737-8808
Email:	jtorchinsky@HoltzmanVogel.com
Email:	ssheehy@HoltzmanVogel.com

Phillip M. Gordon* (VA Bar # 95621)
Kenneth C. Daines* (D.C. Bar #1600753)
15405 John Marshall Hwy
Haymarket, VA 20169
Telephone:	(540) 341-8808
Facsimile:	(540) 341-8809
Email:	pgordon@HoltzmanVogel.com
Email:	kdaines@HoltzmanVogel.com

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

2

        */s/ Claude F. Reynaud, Jr.*
Carroll Devillier, Jr. (La. Bar #30477)
Timothy W. Hardy (La. Bar #6550)
Claude F. Reynaud, Jr. (La. Bar #11197)
Jeanne C. Comeaux (La. Bar # 22999)
Danielle L. Borel (La. Bar # 35669)
BREAZEALE, SACHSE & WILSON, L.L.P.
301 Main Street, Floor 23 (70801)
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: (225) 387-4000
Telecopier: (225) 381-8029
carroll.devillier@bswllp.com
tim.hardy@bswllp.com
claude.reynaud@bswllp.com
jeanne.comeaux@bswllp.com
danielle.borel@bswllp.com

Peter J. Butler (La. Bar Roll # 18522)
Thomas M. Benjamin (La. Bar Roll #18562)
BREAZEALE, SACHSE & WILSON, L.L.P.
909 Poydras Street, Suite1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454
Telecopier: (504) 584-5452
peter.butler.jr@bswllp.com
thomas.benjamin@bswllp.com

*Attorneys for DeSoto Parish and DeSoto Parish Police Jury*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, I served the foregoing via email on all counsel of record by operation of the Court's CM/ECF filing system.

        */s/ Reid A. Jones*
        Reid A. Jones