**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**DAVID B. MEANS, ET AL.**                    **CIVIL ACTION NO. 5:23-cv-00669**

**VERSUS**                                    **JUDGE JERRY EDWARDS, JR.**

**DESOTO PARISH, ET AL.**                     **MAGISTRATE JUDGE HORNSBY**

## ORDER

Considering the Motion to Stay ("Motion") filed by Plaintiffs, David B. Means, Ryan Dupree, Robert G. Burford, Robert Gross, Mary L. Salley, Martha Trisler, John F. Pearce, Joe Cobb, Jack L. Buford, Jack E. Barron, W. Bruce Garlington, Donald Barber, Billy Dwayne Brumley, and Sherry Brumley (collectively "Plaintiffs");

IT IS ORDERED that Plaintiffs' Motion is GRANTED. This case shall be stayed until the United States Supreme Court issues its decision in *Louisiana v. Callais*.

IT IS FURTHER ORDERED that all pending deadlines are stayed.

IT IS FURTHER ORDERED that Plaintiffs shall file a notice with this Court of the Supreme Court's decision in Louisiana v. Callais within 10 days of its issuance.

THUS DONE AND SIGNED this 19th day of September, 2025, in Shreveport, Louisiana.

_____
JUDGE JERRY EDWARDS, JR.
WESTERN DISTRICT OF LOUISIANA