**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **DAVID B. MEANS, ET AL.** | **CIVIL ACTION NO. 5:23-cv-00669** |
| **VERSUS** | **JUDGE JERRY EDWARDS, Jr.** |
| **DESOTO PARISH, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**NOTICE REGARDING SUPREME COURT'S**
**DECISION IN *CALLAIS***

Plaintiffs David B. Means, Ryan Dupree, Robert G. Burford, Robert Gross, Mary L. Salley, Martha Trisler, John F. Pearce, Joe Cobb, Jack L. Buford, Jack E. Barron, W. Bruce Garlington, Donald Barber, Billy Dwayne Brumley, and Sherry Brumley (collectively, "Plaintiffs"), respectfully file this Notice to the Court pursuant to this Court's Order dated September 19, 2025 (ECF No. 110), and state as follows:

On September 19, 2025, this Court entered an Order (ECF No. 110) staying this case until the United States Supreme Court issued its decision in Louisiana v. Callais, Nos. 24-109 and 24-110. The Order further stayed all pending deadlines and directed Plaintiffs to file a notice with this Court of the Supreme Court's decision in that case.

Plaintiffs hereby notify the Court that on April 29, 2026, the United States Supreme Court issued its decision in *Louisiana v. Callais*, Nos. 24-109 and 24-110, 608 U.S. ___ (2026). The Supreme Court affirmed the judgment of the three-judge district court in *Callais v. Landry*, 732 F. Supp. 3d 574 (W.D. La. 2024), holding that Louisiana's congressional redistricting map, SB8, constituted an unconstitutional racial gerrymander in violation of the Equal Protection Clause of the Fourteenth Amendment, and remanded the case for proceedings consistent with its opinion.

In light of the Supreme Court's decision, Plaintiffs respectfully request that this Court lift the stay imposed by its September 19, 2025 Order (ECF No. 110) and set a scheduling conference or otherwise establish a schedule for further proceedings in this matter.

Dated: May 7, 2026

RESPECTFULLY SUBMITTED:

Dallin B. Holt * (DC Bar #1722555)
HOLTZMAN VOGEL BARAN TORCHINSKY
 & JOSEFIAK, PLLC
2555 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone:    (602) 388-1262
Facsimile:    (540) 341-8809
Email:        dholt@HoltzmanVogel.com

Jason B. Torchinsky* (VA Bar # 47481)
HOLTZMAN VOGEL BARAN TORCHINSKY
 & JOSEFIAK, PLLC
2300 N. St. NW, Ste. 643A
Washington, D.C. 20037
Telephone:    (202) 737-8808
Email:        jtorchinsky@HoltzmanVogel.com

/s/ *Reid A. Jones*
Reid A. Jones (#34611)
WIENER, WEISS & MADISON APC
330 Marshall Street, Suite 1000
Shreveport, Louisiana  71101
Telephone:    (318) 226-9100
Facsimile:    (318) 424-5128
Email:        rjones@wwmlaw.com

*Counsel for Plaintiffs*
**Admitted Pro Hac Vice*

2

## CERTIFICATION OF SERVICE

I hereby certify that on this day I electronically served the foregoing document upon all counsel of record.

DATED this 7th day of May 2026.

Respectfully submitted,

*/s/ Reid A. Jones*
Reid A. Jones